UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOSEPH MORALES,

           Plaintiff,

  - against -

UNIVERSAL PROTECTION SERVICE, LLC,
ET AL.,

           Defendants.

21-cv-6733 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The November 3, 2021 conference in this case is **canceled**. The time to serve the summons and complaint is extended to December 3, 2021. If the plaintiff fails to serve the summons and complaint by that date, the case may be dismissed for failure to prosecute. See Fed. R. Civ. P. 4(m).

SO ORDERED.
Dated:    New York, New York
          October 28, 2021

                                        _____
                                        John G. Koeltl
                                      United States District Judge