UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

JOSEPH MORALES

                Plaintiff,        21-cv-6733 (JGK)

    - against -                  ORDER

UNIVERSAL PROTECTION SERVICE, LLC,
ET AL.
                Defendants.
―――――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by December 10, 2021.


SO ORDERED.
Dated:    New York, New York
         November 23, 2021

                                              _____
                                                John G. Koeltl
                                         United States District Judge